Appellate Division, Second Department. November 20, 1908.) Action by Mamie Noll against the Brooklyn Heights Railroad Company. No opinion. Motion denied, with $10 costs.

NORTON v. EL ARCO MINES CO. et al. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Appeal from Special Term, New York County. Action by Charles W. Norton against the El Arco Mines Company and another, impleaded with Michael F. Campbell and another. From an order continuing an injunction pending the trial, Campbell and such other appeal. Affirmed on condition. Charles N. Studin, for appellants. Conrad S. Keyes, for respondent Norton. L. Barton Case, for respondents El Arco Mines Co. and another.

PER CURIAM. We think that upon the facts here disclosed, the Special Term was justified in granting an injunction pending the trial, to preserve the rights of the parties as they at present exist, leaving the merits to be determined upon the trial. We think, however, that the order should be affirmed upon condition that plaintiff increase the security given upon the injunction from $1,000 to $5,000. If this condition is complied with, within 20 days from service of the order to be entered herein, the order appealed from will be affirmed, with $10 costs and disbursements to abide the event. If the condition be not complied with, the order appealed from is reversed, and the motion for injunction denied, with $10 costs and disbursements.

NYE, Respondent, v. McLELLAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Bartlett Nye, individually and as executor of the will of C. F. Nye, against Elizabeth M. McLellan and others. No opinion. Interlocutory judgment unanimously affirmed, with costs.

NYE, Appellant, v. MALAN PAPER CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Fuller W. Nye against the Malan Paper Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., dissents.

O'DWYER, Respondent, v. CASTLE SQUARE OPERA CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Michael O'Dwyer against the Castle Square Opera Company. No opinion. Order affirmed, with $10 costs and disbursements.

OSSMAN v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by Gustav Ossman, by guardian, etc., against the New York Central & Hudson River Railroad Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment ordered for the defendant upon the nonsuit, with costs.

OTIS v. SANDLER et al. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Walker L. Otis against Julius S. Sandler and others. No opinion. Motion denied, with $10 costs. Order filed.

In re PAGE. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) In the matter of the application of Emmett D. Page for a peremptory writ of mandamus to Max Kohn, Grand Chief Ranger, and Andrew West, acting Grand Treasurer or Grand Treasurer, of the Grand Court, Foresters of America, State of New York. No opinion. Motion denied.

PALIN, Appellant, v. CARY BRICK CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Rosanna Palin, as administratrix, etc., against the Cary Brick Company. No opinion. Order affirmed, with costs.

PALMLAND, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Bothilda Palmland against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs to the plaintiff.

PAOLICCHI et al., Respondents, v. GARGUILO, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by Torquato Paolicchi and others against Pasquale Garguilo, doing business under the name of P. Garguilo & Co. No opinion. Judgment and order affirmed, with costs.

PATTERSON, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Bertha Patterson against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

PECHERELLA, Appellant, v. BAUER et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Giuseppi Pecherella against Oscar Bauer and John M. Dempsey, copartners, etc. No opinion. Judgment affirmed, with costs.

In re PECK et al. (Supreme Court, Appellate Division, First Department. November 20, 1908.) In the matter of John A. Peck and others, as executors of Arza C. Peck, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE, Respondent, v. BALDERSTON, Appellant. (Supreme Court, Appellate Divi-